**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1033**

JOSE LUIS LARIOS-ALVAREZ,

　　　　　Petitioner,

　　v.

LORETTA E. LYNCH, Attorney General,

　　　　　Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  August 25, 2015　　　Decided:  September 29, 2015

Before MOTZ, AGEE, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jay S. Marks, Lauren Gold, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Jonathan Robbins, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Luis Larios-Alvarez, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the parties' Joint Statement of Agreed Facts and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. In re: Larios-Alvarez (B.I.A. Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2